# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>ANDREW KEVIN NORMAN, a/k/a LOW<br><br>*Defendant* | ) ) ) Case No. 25-mj-4203<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDREW KEVIN NORMAN, a/k/a LOW ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE, TO-WIT: METHAMPEHTAMINE AND FENTANYL, SCHEDULE II CONTROLLED SUBSTANCES, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841(a)(1).

Date: 06/23/2025

*Issuing officer's signature*

City and state: NASHVILLE, TN                 ALISTAIR E. NEWBERN, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*