# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>ANDREW KEVIN NORMAN, a/k/a LOW<br><br>_Defendant_ | )<br>)  Case No. 25-mj-4203<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  ANDREW KEVIN NORMAN, a/k/a LOW,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE, TO-WIT: METHAMPEHTAMINE AND FENTANYL, SCHEDULE II CONTROLLED SUBSTANCES, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841(a)(1).

Date: 06/23/2025

_Issuing officer's signature_

City and state: NASHVILLE, TN

ALISTAIR E. NEWBERN, U.S. MAGISTRATE JUDGE
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 06/23/2025, and the person was arrested on _(date)_ 06/23/2025
at _(city and state)_ Nashville, TN.

Date: 06/23/2025

_Arresting officer's signature_

SA Shannan Edler
_Printed name and title_