UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 3:25-mj-4203 |
| v. | |
| ANDREW KEVIN NORMAN, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

Pursuant to the Due Process Protections Act, the Court reminds the government of its obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court or any other remedy that is just under the circumstances.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge